JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN RUIZ,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>FORD MOTOR COMPANY, and DOE 1 through DOE 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 8:22-cv-00970-DOC-DFM<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND FOR THE COURT TO RETAIN JURISDICTION FOR PURPOSE OF ENFORCING SETTLEMENT AGREEMENT [13]** |

**<u>ORDER</u>**

　　The joint stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

　　All hearings on calendar are vacated and Order to Show cause is discharged (Dkt. 12).

DATED: June 27, 2022

BY: _____
　　　HON. DAVID O. CARTER
　　　UNITED STATES DISTRICT JUDGE